IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Civil Action No. 24-4088 |
| RICHARD S. BROWN, | : | |
| Debtor. | : | |
| | : | Bankruptcy No. 21-13400 |
| _____ | : | |
| JONATHAN SETHNA, *et al.,* | : | |
| Plaintiff/Appellee | : | Adversary No. 22-00034 |
| | : | |
| v. | : | |
| | : | |
| RICHARD S. BROWN | : | |
| | : | |
| Defendant/Appellant | : | |

**ORDER**

**AND NOW**, this 25th day of July, 2025, upon review of the parties' briefs[1] in this matter together with a review of the record from the bankruptcy proceedings, it is hereby **ORDERED** as follows:

1. The judgment of the Bankruptcy Court is **AFFIRMED**.

2. This matter shall be **CLOSED.**

**BY THE COURT:**

_____
**HON. MIA R. PEREZ, J.**

---

[1] Appellant's Brief (ECF No. 4); Appellee's Brief (ECF No. 5).